UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUAN MELENDEZ, JR., )
)
Petitioner, )
)
v. ) Civil Action No. 08-0006 (RJL)
)
ALBERTO GONZALES, *et al.*, )
)
Respondents. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition is DISMISSED without prejudice.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 1/18/08