UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUAN MELENDEZ, JR., )
)
Petitioner, )
)
v. ) Civil Action No. 08-0006 (RJL)
)
ALBERTO GONZALES, *et al.*, )
)
Respondents. )

## ORDER

The Court has reviewed petitioner's Memorandum for Reconsideration of Memorandum and Opinion with Order and concludes that it is without merit. Accordingly, it is hereby

ORDERED that the petitioner's motion for reconsideration is DENIED.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 5/2/08